UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI RITCHIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01037-RLY-MJD ) |
| IU HEALTH PHYSICIANS, et al., | ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendant Anonymous Hospital's Motion to Proceed Under Pseudonym, [Dkt. 13]. The Court finds good cause to grant the motion, given the dictates of Indiana Code § 34-18-8-7 prohibiting the identification of a malpractice defendant until an opinion is rendered by a medical review panel. Accordingly, the motion is **GRANTED**. Defendant Anonymous Hospital shall continue to be referred to as such in this case until further order of the Court. Any documents filed in the case that contain Defendant Anonymous Hospital's actual name shall be properly redacted.

SO ORDERED.

Dated: 16 AUG 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.